```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA          )
                                  )
       v.                         )    CRIM. NO. 06-10396-RCL
                                  )
WINSTON McGHEE                    )

AFFIDAVIT OF COUNSEL IN SUPPORT
OF MOTION FOR TRIAL CONTINUANCE

I, Syrie D. Fried, do depose and say the following:

1.  I am appointed counsel for the defendant Winston McGhee in the above-captioned case.  This affidavit is submitted in support a motion to continue the trial in this case.

2.  On January 7, 2008, I began a jury trial before the Hon. Joseph L. Tauro in the case of United States v. Orlando Sharpe, 06-10135-JLT.  That trial concluded on January 9 without going to verdict.  In preparation for that trial, I filed motions relating to jury selection, to appoint counsel for a witness and for a writ of habeas corpus ad testificandum, and a motion in limine in the first week of January, 2008.

3.  On January 11, 2008, I litigated a motion to suppress evidence in the case of United States v. Dan Smith, 07-10143-NMG.

1

4.  On January 14 and 15, I filed substantive objections to the presentence report in the case of United States v. Esther Percel, 06-10092-DPW.  In addition, on January 15 I attended a day-long Federal Defender office meeting for the Massachusetts, New Hampshire, and Rhode Island districts.  On January 17, 2008, I was obliged to visit a client detained at an out-of-town detention facility.

5.  During the week of January 21, 2008, I filed various pleadings in connection with the trial in United States v. Victor Diaz, 06-10191-PBS, as detailed below.  In addition, during this week I filed a sentencing memorandum and appeared at a sentencing hearing in the case of United States v. Esther Percel, 06-10092-DPW.  I also made a court appearance in Worcester on Friday January 25, 2008.

6.  On January 28, 2008, I began a jury trial before the Hon. Patti Saris in the case of United States v. Victor Diaz, 06-10191-PBS.  The charge in this case is conspiracy to sex-traffic in children.  The case was given to the jury Thursday January 31 and the jury is still deliberating at present.  The trial in the Diaz case had originally been scheduled to begin on

2

December 17, 2007.  However, on December 12, this trial was rescheduled to begin on January 28, 2008.

7.   In preparation for the Diaz trial, during the week of January 21 I filed a motion in limine, an opposition to a motion in limine by the government, a trial brief, and proposed voir dire questions.

8.   At the time the McGhee trial was scheduled before this court, I did not have a different trial scheduled to begin two weeks beforehand.  As a result of the rescheduling of the Diaz matter, I have not been able to prepare for the trial in the McGhee case.  Specifically, I have not been able to comply with this court's pretrial order dated November 13, 2007, which required me to file proposed voir dire questions, proposed jury instructions, and any motions in limine by January 28, 2008.

9.   For the reasons set out above, I am unprepared to proceed to trial in the above-captioned matter on February 11, 2008.

Submitted under the pains and penalties of perjury this 4th day of February, 2008.

/s/  Syrie D. Fried